UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Grand Strand Water and Sewer Authority, | ) | C/A No. |
| | ) | |
| *Plaintiff,* | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Versus | ) | |
| | ) | |
| AGC Chemicals Americas, Inc.; | ) | |
| Aladdin Manufacturing Corporation; | ) | |
| Archroma U.S., Inc.; | ) | |
| Arkema, Inc.; | ) | |
| Burlington Industries, Inc.; | ) | |
| Clariant Corporation; | ) | |
| Corteva, Inc.; | ) | |
| Daikin America, Inc.; | ) | |
| Delta Mills, Inc., its predecessors, successors, | ) | |
| assigns, and/or responsible parties; | ) | |
| DuPont de Nemours, Inc.; | ) | |
| EIDP, Inc.; | ) | |
| Elevate Textiles, Inc.; | ) | |
| Fiber Industries, LLC; | ) | |
| Huntsman International, LLC; | ) | |
| International Paper Company; | ) | |
| INV Performance Surfaces, LLC; | ) | |
| J.P. Stevens & Company, Inc., its | ) | |
| predecessors, successors, assigns, and/or | ) | |
| responsible parties; | ) | |
| Mohawk Industries, Inc.; | ) | |
| Nan Ya Plastics Corporation, America; | ) | |
| PRET Advanced Materials, LLC; | ) | |
| Red Rock Disposal, LLC; | ) | |
| Sampson County Disposal, LLC; | ) | |
| Sonoco Products Company; | ) | |
| Syensqo Specialty Polymers USA, LLC (f/k/a | ) | |
| Solvay Specialty Polymers USA, LLC); | ) | |
| The Chemours Company; and | ) | |
| WestRock CP, LLC, | ) | |
| *Defendants.* | ) | |

I, the undersigned counsel, of the Hood Law Firm, LLC, for the Defendant EIDP, Inc. do hereby certify that on **March 2, 2026**, I have served counsel in this action with a copy of the pleadings herein below via E-Mail at the following address:

Pleadings:          Notice of Removal with associated documents for Removal

Parties served:      John B. White, Jr. (jwhite@johnbwhitelaw.com)
Marghretta H. Shisko (mshisko@johnbwhitelaw.com)
Christopher R. Jones (cjones@johnbwhitelaw.com)
Griffin L. Lynch (glynch@johnbwhitelaw.com)
JOHN B. WHITE, JR., P.A.
*Counsel for Plaintiff*

Hannah Cory Caldwell (hcaldwell@corywatson.com)
Hamilton Jordan (hjordan@corywatson.com)
Hirlye Ray Lutz, III (rlutz@corywatson.com)
Hunter Michael Phares (hphares@corywatson.com)
Frank Jerome Tapley (jtapley@corywatson.com)
Brett Cooper Thompson (bthompson@corywatson.com)
Robert Akira Watson (awatson@corywatson.com)
CORY WATSON, P.C.
*Counsel for Plaintiff*

Andrew A. Mathias (AMathias@maynardnexsen.com)
Konstantine P. Diamaduros (KDiamaduros@maynardnexsen.com)
Connor B Bauknight (CBauknight@maynardnexsen.com)
MANYARD NEXSEN PC
*Counsel for Burlington Industries, Inc.*

John Kenneth Chandler (jkc@rplegalgroup.com)
Peter D. Protopapas (pdp@rplegalgroup.com)
RIKARD + PROTOTAPAS
*Counsel for Delta Mills, Inc.*

Robert C. Osborne, III (robertosborne@parkerpoe.com)
Caroline McCracken (carolinemccracken@parkerpoe.com)
POE ADAMS BERNSTEIN LLP
*Counsel for Elevate Textiles, Inc.*

Dominic A. Starr (dominic.starr@mgclaw.com)
Zachary S. Brown (Zachary.Brown@mgclaw.com)
*Counsel for Fiber Industries, LLC*

Yancey A. McLeod, III (ymcleod@maronmarvel.com)
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
*Counsel for J.P. Stevens & Company, Inc.*

John Kenneth Chandler (jkc@rplegalgroup.com)
Peter D. Protopapas (pdp@rplegalgroup.com)
RIKARD + PROTOTAPAS
*Counsel for J.P. Stevens & Company, Inc.*

Merritt G. Abney (Merritt.abney@nelsonmullins.com)
Sarah Specter Powell (Sarah.powell@nelsonmullins.com)
Wesley T. Moran (Wes.moran@nelsonmullins.com)
NELSON MULLINS RILEY & SCARBOROUGH LLP
*Counsel for Mohawk Industries, Inc. and Aladdin Manufacturing Corporation*

Stan Barnett (Stan.barnett@yahoo.com)
STAN BARNETT, ATTORNEY AT LAW
Rhett D. Ricard (rricard@maynardnexsen.com)
MAYNARD NEXSEN PC
*Counsel for Nan Ya Plastics Corporation, America*

Robert Y. Knowlton (bknowlton@hsblawfirm.com)
Sarah A. Hodges (saddy@hsblawfirm.com)
Jonathan D. Klett (jklett@hsblawfirm.com)
HAYNSWORTH SINKLER BOYD, P.A.
*Counsel for PRET Advanced Materials, LLC and Sonoco Products Company*

Richard H. Willis (rwillis@williamsmullen.com)
John G. Tamasitis (jtamasitis@williamsmullen.com)
William Porcher Dubose IV (wdubose@williamsmullen.com)
WILLIAMS MULLEN
*Counsel for Red Rock Disposal, LLC and Sampson County Disposal, LLC*

Philip L. Comella (pcomella@taftlaw.com)
TAFT STETTINIUS & HOLLISTER
*Counsel for Red Rock Disposal, LLC and Sampson County Disposal, LLC*

Cal Watson (cwatson@robinsongray.com)
ROBINSON GRAY
*Counsel for Westrock CP, LLC*

3

Mark Johnson (mjohnson@ghsmlaw.com)
GIBERT, HARRELL, SUMERFORD & MARTIN, P.C.
*Counsel for International Paper Company*

Greg Horton (Greg.Horton@wbd-us.com)
Andrea L. McDonald (Andi.McDonald@wb-us.com)
WOMBLE BOND DICKINSON (US) LLP
*Counsel for INV Performance Surfaces, LLC*

Kegan A. Brown (kbrown@lowenstein.com)
Taylor R. West (twest@lowenstein.com)
LOWENSTEIN SANDLER LLP
*Counsel for Syensqo Specialty Polymers USA, LLC (f/k/a Solvay Specialty Polymers USA, LLC)*

HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435/Facsimile: (843) 722-1630


*/s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com

and

SHOOK, HARDY & BACON L.L.P.
Brent Dwerlkotte (*pro hac vice forthcoming*)
2555 Grand Boulevard,
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
Email: dbdwerlkotte@shb.com

*Counsel for Defendant EIDP, Inc.*

March 2, 2026
Charleston, South Carolina